Prob12A
D/NV Form
Rev. June 2014



**United States District Court**
**for**
**the District of Nevada**

---

# PETITION TO QUASH WARRANT
## FOR OFFENDER UNDER SUPERVISION
### July 29, 2015

---

Name of Offender: **Elba Elizabeth Calvillo**

Case Number: **3:07-CR-00094-RCJ-WGC**

Name of Sentencing Judicial Officer: **Honorable Brian E. Sandoval**

Date of Original Sentence: **September 8, 2008**

Original Offense: **Fraudulent Use of a Social Security Number**

Original Sentence: **Five Years Probation**

Date Supervision Commenced: **September 8, 2008**

Name of Assigned Judicial Officer: **Honorable Robert Clive Jones**

---

### SUMMARY

Elba Calvillo was convicted of Fraudulent Use of a Social Security Number after it was discovered that she had used a social security number belonging to someone else. Calvillo was a single mother and not a legal resident of the United States. She had used the number for employment and public housing assistance for her and her children. Calvillo has no other arrest history. Calvillo was granted five years probation that included $29,645.00 restitution as compensation to the Housing Authority, forty hours community service work, and compliance with Immigration and Customs Enforcement.

During her probation term, Calvillo was residing in Carson City with her husband and four children, all of whom are legal U.S. citizens. Calvillo was unable to legally work due to her immigration status, but with the help of her husband, she made regular payments toward restitution, totaling $2,790.00, leaving a balance of $26,855.00. She completed the forty hours community service work and maintained compliance with the conditions of probation supervision.

Calvillo appealed a pending order of deportation that was issued by Immigration and Customs Enforcement. In 2012, she lost the appeal and self-deported to Mexico. Her husband provided a

RE: Elba Elizabeth Calvillo

Prob12A
D/NV Form
Rev. June 2014

written Affidavit swearing that on August 26, 2012, he drove Calvillo to the Tijuana, Mexico, border crossing, where she walked across the border into Mexico. Calvillo's husband and children later joined her in Mexico. The U.S. Marshal's Service reported that an investigation was conducted and it was confirmed that Calvillo self-deported to Mexico, she continues to reside in Mexico with her family, and she has not illegally reentered the United States.

Calvillo complied with the conditions of probation and complied with the deportation order of Immigration and Customs Enforcement. She has not illegally reentered the United States. Probation supervision would have otherwise expired on September 7, 2013. To address the outstanding restitution balance, the U.S. Attorney's Office Financial Litigation Unit may garnish any future earnings located within the United States. Therefore, it is respectfully recommended that the Warrant previously issued be quashed.

Respectfully submitted,

Ronald A. Crawford
2015.07.30
14:35:52 -07'00'

Ron Crawford
U.S. Probation Officer

Approved:

Todd E. White
2015.07.30 14:56:50
-07'00'

Todd White
Supervising U.S. Probation Officer

---

Please indicate your response below and return to the Probation Office:

X   Concur with the proposed course of action and quash the existing Warrant.

☐   Other (please include Judicial instructions below):

------------------------------------------------------------------------

------------------------------------------------------------------------

Signature of Judicial Officer

Date   August 14, 2015